UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SUSAN FIELDS,<br>on behalf of herself<br>and others similarly-situated<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS AND ASSOCIATES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:10-cv-1177-RLY-TAB<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF INITIAL EXTENSION OF TIME

Defendant, Adams and Associates, Inc., files its Notice of Initial Extension of Time pursuant to S.D. IND.L.R. 6.1 and states:

1. Plaintiff filed his Complaint and Demand for Jury Trial ("Complaint") in the U.S. District Court for the Southern District of Indiana, Indianapolis Division, on September 17, 2010.

2. Plaintiff served the Complaint on Adams and Associates, Inc., on September 24, 2010.

3. Counsel for Plaintiff has no objection to an initial extension of twenty-eight (28) days in which Defendant must respond to Plaintiff's Complaint.

4. Defendant's response to Plaintiff's Complaint originally was due on October 15, 2010.

5. With this extension of time, Defendant's response to Plaintiff's Complaint is now due on or before November 12, 2010.

Respectfully submitted,

/s/ Michael W. Padgett
Michael W. Padgett
Jackson Lewis, LLP
201 North Illinois Street, Suite 1600
Indianapolis, Indiana 46204
Tel:   (317) 489-6930
Fax:   (317) 610-3202
E-mail:  padgettm@jacksonlewis.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2010, a copy of the foregoing Defendant's Notice of Initial Extension of Time was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

John H. Haskin
jhaskin@hlllaw.com
Bradley L. Wilson
bwilson@hlllaw.com
Ryan P. Sink
rsink@hlllaw.com
Haskin & LaRue, LLP
225 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204

/s/ Michael W. Padgett

4838-3903-4631, v.  1